AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

COUNTRY MUTUAL INSURANCE COMPANY, et al., )
    *Plaintiff* )
        v. )    Civil Action No. 13-CV-3029-TOR
)
)
ALAN DEATLEY, )
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Judgment is entered in favor of Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    THOMAS O. RICE    on a motion for SUMMARY JUDGMENT (ECF No. 12).

Date: November 21, 2013

                              *CLERK OF COURT*

                              SEAN F. McAVOY

                              s/ Linda L. Hansen
                                    *(By) Deputy Clerk*

                              Linda L. Hansen